Benjamin L. Tompkins, Cal. Bar. No. 305024
ben@kennyhertzperry.com
Mit Winter, Cal. Bar. No. 238515
mit@kennyhertzperry.com
KENNYHERTZ PERRY, LLC
2000 Shawnee Mission Pkwy, Ste. 210
Mission Woods, KS 66205
Tel: 816-527-9447
Fax: 855-844-2914

Attorneys for Verde Marketing, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JAMES ANDREWS, CARMEN ANDREWS and EMILY PARKS,

Plaintiffs,

v.

SINCERELY, LLC, a Florida limited liability company, VERDE MARKETING LLC, a Kansas limited liability company, and DOES 1-100,

Defendants.

CASE NO. 2:19-CV-09505-VAP-JPR

**JOINT NOTICE OF SETTLEMENT**

The parties in the above-referenced case, by and through their counsel, submit this Joint Notice of Settlement. The parties to this action have reached agreement on the principal terms of a settlement in this matter, and are in the process of preparing a formal settlement agreement. Upon the parties signing the formal settlement agreement and execution of performance, Plaintiffs, James Andrews, Carmen Andrews and Emily Parks, will file a Notice of Dismissal of this matter. The parties anticipate the Notice of Dismissal will be filed before the end of the year.

DATED: 12/12/2019

WALTON TWU LLP

By: /s/ Jim Twu
Jim Twu
Attorney for Plaintiffs James Andrews, Carmen Andrews and Emily Parks

DE DIEGO LAW, LLC

By: /s/ Sarah de Diego
Sarah de Diego
Attorney for Sincerely, LLC

KENNYHERTZ PERRY, LLC

By: /s/ Benjamin L. Tompkins
Benjamin L. Tompkins
Attorney for Verde Marketing LLC

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Benjamin L. Tompkins, hereby attest that the signatories to this page concur in the filing's content and have authorized the filing.

/s/
BENJAMIN L. TOMPKINS
Attorney for Verde Marketing LLC