Timothy J. Walton, SBN 184292
Jim Twu, SBN 175032
WALTON TWU LLP
9515 Soquel Drive, Suite 207
Aptos, CA 95003-4137
Phone: (831) 685-9800
Fax: (650) 618-8687

J. Daniel Jung, Esq. (SBN 243436)
ANDERSON & JUNG
21600 Oxnard St., Suite 1030
Woodland Hills, CA 91367
(310) 592-1289
Attorneys Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| JAMES ANDREWS, CARMEN ANDREWS, and EMILY PARKS<br>Plaintiffs,<br>v.<br>SINCERELY, LLC, a Florida limited liability company, and VERDE MARKETING LLC, a Kansas limited liability company, and DOES 1-100,<br>Defendants. | Case No.: 2:19-CV-09505-VAP (JPRx)<br><br>NOTICE OF DISMISSAL OF ENTIRE CASE<br><br>Hon. Virginia A. Phillips |

PLEASE TAKE NOTICE that Plaintiffs James Andrews, Carmen Andrews, and Emily Parks ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action with prejudice.

Dated: December 31, 2019

ANDERSON & JUNG

/s/ J. Daniel Jung